IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-FXD2, ASSET-BACKED CERTIFICATES, SERIES 2007-FXD2, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY PLATT and PAULA PLATT, <br><br> Defendants. | Case No. 3:17-cv-02106-N (BT) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECCOMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 2, 2019 (ECF No. 63). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. It is therefore ORDERED that Defendants are prohibited from opposing Plaintiff's reinstated motion for summary judgment, including introducing evidence opposing Plaintiff's claims or supporting their defenses.

**SO ORDERED,** this 10th day of January, 2020.

1

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE