IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-FXD2, ASSET-BACKED CERTIFICATES, SERIES 2007-FXD2,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY PLATT and<br>PAULA PLATT,<br><br>    Defendants. | Case No. 3:17-cv-02106-N (BT) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated May 27, 2020 (ECF No. 80). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is ORDERED that Plaintiff's Renewed Motion for Attorney's Fees (ECF No. 79) is GRANTED in part. Plaintiff is awarded $23,800.00 in attorney's fees and $966.26 in costs—$24,766.30 in total. Defendants are ordered to pay such amount to Plaintiff as a further obligation owed by them under the Note and Security Instrument.

1

**SO ORDERED,** this 27th day of July, 2020.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE